HERBERT MESSINGER et al., Appellants, v THE MOUNT SINAI MEDICAL CENTER et al., Respondents.

Submitted July 11, 2005; decided September 15, 2005

Motion for leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

STICHTING TER BEHARTIGING VAN DE BELANGEN VAN OUDAANDEELHOUDERS IN HET KAPITAAL VAN SAYBOLT INTERNATIONAL B.V., Appellant-Respondent, v PHILIPPE S.E. SCHREIBER et al., Respondents-Appellants, et al., Third-Party Defendant, et al., Defendants.

Decided September 15, 2005

Pursuant to the August 26, 2005 order of the United States Court of Appeals for the Second Circuit withdrawing its certification of questions accepted by the Court of Appeals on June 7, 2005, certified questions marked withdrawn [see 5 NY3d 730].

Concur: Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH. Taking no part: Chief Judge KAYE.

In the Matter of the Claim of ALAN J. BRISSON, Respondent, v COUNTY OF ONONDAGA, Appellant, et al., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 15, 2005; decided September 20, 2005

Motion to strike exhibits denied. Cross motion denied as unnecessary.